**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **JOSEPH PRESTON AUSTIN** | **CASE NO.: 19-10569** |
| **DEBTOR** | **CHAPTER 13 CASE** |

**ORDER DIRECTING DEPOSIT INTO TREASURY**

**CONSIDERING** the Motion by Trustee to Deposit Funds into the Treasury filed by Annette C. Crawford, Trustee;

**IT IS ORDERED** that funds in the total amount of $833.70 be deposited into the Treasury of the United States in accordance with 28 U.S.C. 2041 by issuing a check made payable to the United States Bankruptcy Court, Middle District of Louisiana and held for the above named debtor.

Baton Rouge, Louisiana, January 9, 2020.

s/ Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE