# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N–3 | User: rcal | Date Created: 1/10/2020 |
| Case: 19–10569 | Form ID: pdf801 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustp.region05@usdoj.gov
tr     Annette C. Crawford     crawfordtrustee@annettecrawford.com
aty     Trenton A. Grand     bankruptcy@grandlawfirm.com

                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joseph Preston Austin     10280–15 W Winston     Baton Rouge, LA 70809

                                                                                                    TOTAL: 1