# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **JOSEPH PRESTON AUSTIN** | **CASE NO.: 19-10569** |
| **DEBTOR** | **CHAPTER 13 CASE** |

## ORDER DIRECTING DEPOSIT INTO TREASURY

**CONSIDERING** the Motion by Trustee to Deposit Funds into the Treasury filed by Annette C. Crawford, Trustee;

**IT IS ORDERED** that funds in the total amount of $833.70 be deposited into the Treasury of the United States in accordance with 28 U.S.C. 2041 by issuing a check made payable to the United States Bankruptcy Court, Middle District of Louisiana and held for the above named debtor.

Baton Rouge, Louisiana, January 9, 2020.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Middle District of Louisiana

In re:  
Joseph Preston Austin  
     Debtor

Case No. 19-10569-ddd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 053N-3     User: rcal     Page 1 of 1     Date Rcvd: Jan 10, 2020  
                        Form ID: pdf801     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db          +Joseph Preston Austin,   10280-15  W Winston,   Baton Rouge, LA 70809-2568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

         Annette C. Crawford    crawfordtrustee@annettecrawford.com  
         L. Claire Mayer    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp. cmayer@logs.com, laecf@logs.com  
         Remy  Symons    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp. laecf@logs.com  
         Sean Erin Williams    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp. laecf@LOGS.com  
         Trenton A. Grand    on behalf of Debtor Joseph Preston Austin bankruptcy@grandlawfirm.com, grandlawbk@gmail.com;R42034@notify.bestcase.com  
         U.S. Trustee    ustp.region05@usdoj.gov  
                                                                                                                                  TOTAL: 6